



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 9 NOV 2010

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

### Petition for Summons
### with Attached Request for
### Court Action Direction Detailing Probable Cause

Offender: Kajtazi, Biba                                Docket Number: 06Crim 773

Presiding Judicial Officer: Honorable Laura Swain, U.S. District Judge

Date of Original Sentence:    June 19, 1997

Original Offense:    Possession With Intent To Distribute And Distribute Cocaine, A Schedule II Narcotic Drug Controlled Substance, 21 USC 841(a)(1), A Class A Felony.

Original Sentence:   One Hundred and twenty (120) months imprisonment, followed by five (5) years supervised release.

Type of Supervision:   Supervised Release    Date Supervision Commenced:   February 13, 2006

### PETITIONING THE COURT TO ISSUE A SUMMONS

The offender has not complied with the following condition(s) of supervision:

Nature of Noncompliance

1   ON OR ABOUT NOVEMBER 7, 2010 IN BRONX COUNTY, THE RELEASEE COMMITTED A STATE CRIME, DRIVING WHILE INTOXICATED 1ST OFFENSE - VTL 1192 SUB 03; DRIVING WHILE ABILITY IMPAIRED BY THE CONSUMPTION OF ALCOHOL - VTL 1192 SUB 01; REFUSAL TO TAKE BREATH TEST - VTL 1194 SUB 01B. MANDATED CONDITION, GRADE C VIOLATION.

(Rev eVOP 12-06/07)

Kajtazi, Biba                                                8663 - JENNY-ANN JOHNSON

2

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

JENNY-ANN JOHNSON
U.S. Probation Officer
(212) 805-5102

Approved By:

_____
Pamella F. Harris    Date
Supervising U.S. Probation Officer

(Rev. eVOP 12/06/07)



Kajtazi, Biba
06 CRIM 773

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ✓ ]  The Issuance of a Summons
        The Offender is directed to appear as follows:

        Date: February 1, 2011
        Time: 12:45 PM
        Place: Courtroom 11C, 500 Pearl St

[ ]  The Issuance of a Warrant
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Other

Signature of Judicial Officer

11/29/2010
Date

(Rev eVOP 12-06/07)